# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAREFAH MOSAVI,<br>　　　　　Plaintiff,<br>　v.<br>MT. SAN ANTONIO COLLEGE, CHESTER BROWN; LORRAINE JONES; in her individual and official capacities; JAMES P. CZAJA, in his individual and official capacities; WILLIAM T. SCROGGINS, in his individual and official capacities; BAILEY SMITH, in her individual and official capacities; and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. CV 15-4147-VAP (AFMx)<br><br>**FINAL JUDGMENT AS TO ALL CLAIMS AND PARTIES** |

This action was filed on June 3, 2015. All claims have now been resolved, as follows:

All claims against Defendants Mt. San Antonio College, Lorraine Jones, James P. Czaja, William T. Scroggins, and Bailey Smith were dismissed by the Court's Order re: Defendants' Motion for Summary Judgment, issued on May 10, 2018, by which the Court dismissed Plaintiff's First, Third, Seventh, Tenth, Eleventh, and Twelfth Claims for Relief (Docket No. 142), and the Court's Order Granting Summary Judgment to Defendants as to Plaintiff's Fourth Claim for

Relief, issued on June 1, 2018, by which the Court dismissed Plaintiff's Fourth Claim for Relief. (Docket No. 154).

The claims against Defendant Chester Brown came on regularly for trial on August 7, 2018, in Courtroom 8A of this United States District Court. Plaintiff was represented by Ronald Cruz, Esq. and Shanta Driver, Esq., of United for Equality and Affirmative Action Legal Defense Fund. Defendant Chester Brown was represented by Martin Leonard Carpenter, Esq., and Joseph Anthony Gordon, Esq. of Carpenter, Rothans & Dumont, LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned to Court with its verdict on August 10, 2018. The verdict read as follows:

## BANE ACT – BODILY INTEGRITY

**Question No. 1:** Did Defendant Chester Brown act violently against Plaintiff Aarefah Mosavi for exercising her right to be secure in her person and protected from bodily restraint, harm, or personal insult?

Answer:

☐ Yes ☒ No

**Question No. 2:** Did Defendant Chester Brown retaliate against Plaintiff Aarefah Mosavi for having exercised her right to be secure in her person and protected from bodily restraint, harm, or personal insult?

Answer:

☐ Yes ☒ No

## RALPH ACT

**Question No. 6:** Did Defendant Chester Brown commit a violent act against Plaintiff Aarefah Mosavi?

Answer:

☐ Yes  ☒ No

## SEXUAL BATTERY

**Question No. 11:** Did Defendant Chester Brown intend to cause a harmful or offensive contact with Plaintiff Aarefah Mosavi's sexual organs, groin, buttocks or breast and a sexually offensive contact resulted?

Answer:

☐ Yes  ☒ No

## BANE ACT – RELIGIOUS HARASSMENT

**Question No. 15:** Did Defendant Chester Brown act violently against Plaintiff Aarefah Mosavi to prevent her from exercising or to retaliate against her from having exercised her right to practice her religion by wearing a hajib?

Answer:

☐ Yes  ☒ No

## PUNITIVE DAMAGES

**Question No. 19:** If you answered "Yes" to Question Nos. 4, 9, 13, **or** 17 **or** any combination of Question Nos. 4, 9, 13, or 17, do you find by clear and convincing evidence that Defendant acted with malice, oppression, or fraud?

Answer:

☐ Yes  ☒ No

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment on all claims is entered in favor of Defendants and Plaintiff shall take nothing by her Second Amended Complaint.
2. Defendants are awarded their costs as provided by law.

Dated: August 28, 2018

                              VIRGINIA A. PHILLIPS
                              Chief United States District Judge